Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tpeters@swlaw.com

*Attorneys for Defendants Wells Fargo Home Mortgage*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIMMA ADAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-2022-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Jimma Adan ("Ms. Adan"), through her attorney David Krieger, and Defendant Wells Fargo Home Mortgage ("Wells Fargo"), through their attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

This case was removed from State Court on October 20, 2015. The deadline for Wells Fargo to respond to the Complaint is currently set for October 29, 2015, per the parties' prior agreement. In the interest of conserving client and judicial resources, Ms. Adan and Wells Fargo stipulate and agree that Wells Fargo shall have until **November 30, 2015**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

DATED this 28th day of October, 2015.

| HANES & KRIEGER<br><br>By: /s/ David Krieger<br>David Krieger<br>8985 S. Eastern Ave, Ste 370<br>Henderson, NV 89123<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Jimma Adan* | SNELL & WILMER L.L.P.<br><br>By: */s/ Tanya N. Peters*<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Peters (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant Wells Fargo Home Mortgage* |
|---|---|

Snell & Wilmer L.L.P. LAW OFFICES 3883 Howard Hughes Parkway, Suite 1100 Las Vegas, Nevada 89169 702.784.5200

**ORDER**

**IT IS ORDERED THAT Wells Fargo Home Mortgage's time to respond to Plaintiff's Complaint shall be extended to on or before November 30, 2015.**

**IT IS SO ORDERED.**

______________________________
Gloria M. Navarro, Chief Judge
United States District Court
DATED October ___29_____, 2015.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Peters*

Tanya N. Peters, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Plaintiff Wells Fargo Home Mortgage*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER** by the method indicated below:

| | | | |
|---|---|---|---|
| ________ | U.S. Mail | ________ | Federal Express |
| ________ | U.S. Certified Mail | ____X__ | Electronic Service |
| ________ | Facsimile Transmission | ________ | Hand Delivery |
| ________ | Overnight Mail | | |

and addressed to the following:

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave, Ste 370
Henderson, NV 89123

*Attorneys for Plaintiff*

DATED this 28th day of October, 2015.

*/s/ Nissa Riley*
An Employee of Snell & Wilmer L.L.P.

22494840