UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMA D. ADAN,<br><br>                Plaintiff,<br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>                Defendant. | Case No.2:15-cv-02022-GMN-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (Dkt. #1) to federal district court October 21, 2015. No answer has been filed. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file his certificate of interested parties, which fully complies with LR 7.1-1 **no later than November 30, 2015.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 16th day of November, 2015.

                                                                   _____
                                                                   PEGGY A. LEEN
                                                                   UNITED STATES MAGISTRATE JUDGE